GILBERT R. SEROTA (No. 75305)
DERRICK H. ROBINSON (No. 226291)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendants
CHARLES SCHWAB CORPORATION and
CHARLES SCHWAB INVESTMENT
MANAGEMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIEDA BARNES and E.P. BRIGNAC, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAWN G. LEPORE, JEFFREY M. LYONS, CHARLES R. SCHWAB, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES SCHWAB CORPORATION, CHARLES SCHWAB INVESTMENT MANAGEMENT INC., and JOHN DOES NO. 1 through 100,<br><br>Defendants. | No. 05-CV-00152 MEJ<br><br>Action Filed: January 10, 2005<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

## STIPULATION

Pursuant to Local Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs Frieda Barnes and E.P. Brignac ("Plaintiffs") and Defendants Charles Schwab Corporation and Charles Schwab Investment

Management Inc. ("Defendants"), by and through their counsel of record, hereby agree as follows:

1. The Class Action Complaint For Damages in this case (the "Complaint") was filed on January 10, 2005.

2. Defendants Charles Schwab Corporation and Charles Schwab Investment Management Inc. had an extension of time to respond to the Complaint through and including March 3, 2005. On March 2, 2005, Plaintiffs' counsel agreed to grant Defendants a further extension of time to respond to the Complaint through and including April 4, 2005.

3. Defendants shall be granted a 30-day extension of time, until April 4, 2005, within which to answer or otherwise respond to the Complaint. This stipulated extension of time will not alter the date of any event or any deadline already fixed by Court order.

DATED: March 8, 2005.

GILBERT R. SEROTA
DERRICK H. ROBINSON
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
    DERRICK H. ROBINSON

Attorneys for Defendants
CHARLES SCHWAB CORPORATION and
CHARLES SCHWAB INVESTMENT
MANAGEMENT INC.

DATED: March 7, 2005.

PAUL R. KIESEL, Esq.
KIESEL, BOUCHER & LARSON, LLP

By: _____
    PAUL R. KIESEL

Attorney for Plaintiffs
FRIEDA BARNES and E.P. BRIGNAC