1   Paul R. Kiesel, Esq. (CBN 119854)
    William L. Larson, Esq. (CBN 119951)
2   Patrick DeBlase, Esq. (CBN 167138)
    KIESEL, BOUCHER & LARSON, LLP
3   8648 Wilshire Boulevard
    Beverly Hills, California 90211
4   Telephone: 310/854.4444
    Facsimile: 310/854.0812
5
    Attorneys for Plaintiffs,
6   FRIEDA BARNES and E.P. BRIGNAC,
7   on Behalf of Themselves and All Others
    Similarly Situated
8

9               UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  FRIEDA BARNES and E.P. BRIGNAC, on )   CASE NUMBER: CV-05-00152 MEJ
    Behalf of Themselves and All Others    )
13  Similarly Situated,                    )   **CLASS ACTION**
                                           )
14              Plaintiffs,                )   **REQUEST FOR DISMISSAL**
                                           )
15          v.                             )
                                           )
16  DAWN G. LEPORE, JEFFREY M. LYONS, )     # BY FAX
    CHARLES R. SCHWAB, MARIANN             )
17  BYERWALTER, DONALD F. DORWARD,   )
    WILLIAM A. HASLER, ROBERT G.           )   ORDER CLOSING FILE
18  HOLMES, GERALD B. SMITH, DONALD )
    R. STEPHENS, MICHAEL W. WILSEY,  )
19  CHARLES SCHWAB CORPORATION,      )
    CHARLES SCHWAB INVESTMENT               )
20  MANAGEMENT, INC., and JOHN DOES  )
    NO. 1 through 100,                     )
21                                         )
22              Defendants..               )
                                           )
23                                         )

24      Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not

25  been certified as a class action, without prejudice.

26  Dated: April 6, 2005

27                                  _____
                                    Paul R. Kiesel, Esq. (CBN 119854)
28                                  William L. Larson, Esq. (CBN 119951)

                            -1-

Patrick DeBlase, Esq. (CBN 167138)
KIESEL, BOUCHER & LARSON, LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: 310/854.4444
Facsimile: 310/854.0812

Randall K. Pulliam, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
Telephone: 214/521.3605
Facsimile: 214/520.1181

J. Allen Carney, Esq.
Hank Bates, Esq.
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
Telephone: 501/312.8500
Facsimile: 501/312.8505

The Clerk of Court shall close the file.

IT IS SO ORDERED

/MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
4-14-05
DATE

-2-

REQUEST FOR DISMISSAL